UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at Pikeville)

| | | |
|---|---|---|
| JOHNNY MESSER, | ) | |
| Plaintiff, | ) ) ) | Civil Action No. 7: 19-093-DCR |
| V. | ) ) | |
| ANDREW SAUL, Commissioner of Social Security, | ) ) ) ) | **JUDGMENT** |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with Rule 58 of the Federal Rules of Civil Procedure and the Memorandum Opinion and Order entered this date, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Judgment is granted in favor of Andrew Saul, Commissioner of Social Security, on all claims alleged by Plaintiff Johnny Messer.

2. This action is **DISMISSED** and **STRICKEN** from the Court's docket.

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated: April 13, 2020.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky